IN THE DISTRICT COURT OF APPEAL
FIRST DISTRICT, STATE OF FLORIDA

LEON COUNTY, FLORIDA, A
POLITICAL SUBDIVISION OF
THE STATE OF FLORIDA,

NOT FINAL UNTIL TIME EXPIRES TO
FILE MOTION FOR REHEARING AND
DISPOSITION THEREOF IF FILED

    Appellant,

CASE NO. 1D17-1201

v.

JAN K. SEBASTIAN,

    Appellee.

_____/

Opinion filed May 25, 2017.

An appeal from an order of the Circuit Court for Leon County.
Karen A. Gievers, Judge.

Michael J. Roper and Dale A. Scott of Bell & Roper, P.A., Orlando, for Appellant.

No appearance for Appellee.

PER CURIAM.

DISMISSED. See generally, Henderson v. Tandem Health Care of Jacksonville, Inc., 898 So. 2d 1191, 1192 (Fla. 1st DCA 2005) (dismissing appeal because order requiring parties to reschedule arbitration did not determine entitlement to arbitration, which was made in earlier referral order, "and the trial court was not required to make this finding anew").

ROBERTS, C. J., MAKAR and JAY, JJ., CONCUR.